IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                  **PLAINTIFF**

**v.**                  **CASE NO. 4:14-CR-000106-BSM**

**LYNN ALLEN HICKMAN**                                                   **DEFENDANT**

## ORDER

Lynn Hickman's motion for compassionate release [Doc. No. 83] is denied.

Hickman pleaded guilty to knowingly and intentionally possessing with intent to distribute less than 28 grams of cocaine base. Doc. No. 67. He was sentenced to 120 months of imprisonment and three years of supervised release. Doc. No. 75. He moves for compassionate early release, pursuant to 18 U.S.C. section 3582(c)(1)(A), which requires consideration of 18 U.S.C. section 3553 sentencing factors. There is jurisdiction over his motion because he has exhausted his administrative remedies, *see* Doc. No. 83 at 17. *United States v. Smith*, case number 4:95-CR-00019-LPR-4, Doc. No. 440 (E.D. Ark. May 14, 2020).

Hickman contends that he qualifies for compassionate release because his underlying medical conditions greatly increase his likelihood of suffering severe complications from COVID-19. He argues that his facility is crowded and that staff fail to take precautions to prevent the spread of COVID-19, warranting his compassionate release. 18 U.S.C. § 3582(c)(1)(A)(i).

The government argues that Hickman is ineligible for a sentence reduction because

he is a danger to the community. U.S.S.G. § 1B1.13. This is true because he is serving a prison sentence for distribution of crack cocaine, and he has drug and firearms convictions spanning over twenty years. Doc. No. 84 at 10; Lynn Hickman Presentence Report ¶¶ 39–44. Although Hickman's hypertension, obesity, hyperlipidemia, and high cholesterol are COVID-19 risk factors, nothing in the record indicates that he is suffering from physical or mental deterioration. *See* Doc. No. 83 at 6–8. Moreover, Hickman has previously tested positive for COVID-19, was asymptomatic, and has been declared recovered. Doc. No. 84 at 4. General concerns about coronavirus exposure or reinfection do not satisfy the "extraordinary and compelling" requirement of section 3582.

Hickman's request is denied because he is a danger to society, and there is no reason to revisit the Section 3553(a) factors that were considered at the time of sentencing. *See, e.g.*, *United States v. Ram*, 2020 WL 3100837, at *3 (E.D. Ark. June 11, 2020).

IT IS SO ORDERED this 14th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE