PROB 12C
ED/AR (08/2022)

# United States District Court

## for the

## Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 04 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lynn Allen Hickman | Case Number: 4:14CR00106-001 BSM |

Name of Sentencing Judicial Officer:   Honorable Brian S. Miller
                                        United States District Judge

Original Offense:   Possession With Intent to Distribute Crack Cocaine

Date of Sentence:   October 6, 2016

Original Sentence:   120 months Bureau of Prisons followed by 3 years supervised release

| Type of Supervision: Supervised Release | Date Supervision Commenced: August 17, 2023 |
|---|---|
| | Date Supervision Expires: August 16, 2026 |

| U. S. Probation Officer: Christopher Hawkins | Asst. U.S. Attorney: Chris Givens | Defense Attorney: To be appointed |
|---|---|---|

---

### PETITIONING THE COURT

☐   To Issue a Warrant and Seal this Petition Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☒   To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| 2 | Standard (7) | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.<br>On September 25, 2023, Mr. Hickman submitted a urine specimen which tested and confirmed positive for the use of cocaine.<br><br>On November 2, 2023, Mr. Hickman submitted a urine specimen which tested and confirmed positive for the use of cocaine. |

| | | |
|---|---|---|
| Prob 12C | - 2 - | Petition for Warrant or Summons For Offender Under Supervision |

Name of Offender:  Lynn Allen Hickman                                    Case Number:  4:14CR00106-001

On March 12, 2024, Mr. Hickman submitted a urine specimen which tested and confirmed positive for the use of cocaine.

On April 3, 2024, Mr. Hickman submitted a urine specimen which tested and confirmed positive for the use of cocaine.

On April 19, 2024, Mr. Hickman submitted a urine specimen which tested and confirmed positive for the use of cocaine.

On April 26, 2024, Mr. Hickman submitted a urine specimen which tested and confirmed positive for the use of cocaine.

On May 6, 2024, Mr. Hickman submitted a urine specimen which tested and confirmed positive for the use of cocaine.

On May 10, 2024, Mr. Hickman submitted a urine specimen which tested and confirmed positive for the use of cocaine.

On May 17, 2024, Mr. Hickman submitted a urine specimen which tested and confirmed positive for the use of cocaine.

On May 20, 2024, Mr. Hickman submitted a urine specimen which tested and confirmed positive for the use of cocaine.

| | | |
|---|---|---|
| 3 | Special (1) | **The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.** |

Mr. Hickman failed to attend substance abuse treatment at Family Service Agency on September 8, 2023.

Mr. Hickman failed to attend substance abuse treatment at Family Service Agency on October 13, 2023.

Mr. Hickman violated this condition of supervised release by failing to submit a urine specimen on October 13, 2023.

Mr. Hickman failed to attend substance abuse treatment at Family Service Agency on January 5, 2024.

Mr. Hickman failed to attend substance abuse treatment at Family Service Agency on January 11, 2024.

On May 7, 2024, Mr. Hickman failed to comply with the rules and regulations of inpatient treatment at Recovery Centers of Arkansas (RCA), as is evidenced by his discharge due to noncompliance. According to RCA, Mr. Hickman continuously

Prob 12C — - 3 - — Petition for Warrant or Summons
For Offender Under Supervision

Name of Offender: Lynn Allen Hickman                    Case Number: 4:14CR00106-001

argued with staff members, talked over staff members, and made unreasonable demands that could not be accommodated. It should be noted this occurred at intake and Mr. Hickman did not receive any services at Recovery Centers of Arkansas.

On May 7, 2024, Mr. Hickman was terminated from outpatient services at Family Service Agency when he contacted his clinician Ken Arnold yelling, speaking irate, and telling Mr. Arnold to "F" himself.

I declare under penalty of perjury that the foregoing is true and correct.

Christopher Hawkins
U.S. Probation Officer

Executed on   May 29, 2024

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

Chris Givens
Assistant U.S. Attorney

Executed on   6\3\24

Approved by:

Supervising U.S. Probation Officer